**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore**

Civil Action No. 19-cv-01014-RM

DAVID LEE SMITH, and
MARY JULIA HOOK,

    Plaintiffs,

v.

UNITED STATES OF AMERICA,
LNV CORPORATION,
COLORADO DEPARMENT OF
REVENUE, and
WELLS FARGO BANK, N.A.,

    Defendants.

---

## ORDER
---

    This matter is before the Court on Plaintiffs' "Emergency Motion to the United States District Court for the District of Colorado to Withdraw the Reference of Adversary Proceedings to United States Bankruptcy Judge Thomas B. McNamara and to Transfer these Adversary Proceedings to the United States District Court for the District of Colorado for a Jury Trial on the Merits" ("Motion") (ECF No. 1). Plaintiffs filed their Motion in the Bankruptcy Court pursuant to 28 U.S.C. § 157(d), Fed. R. Bankr. P. 5011, and L.B.R. 5011-1, which the Bankruptcy Judge referred to the district court for a ruling. The Court has considered the court record, taken judicial notice of the record in the relevant adversary proceedings before the Bankruptcy Court, and reviewed all other relevant matters. Upon such considerations, the Court finds no further briefing is required and DENIES the Motion for the reasons stated herein.

Plaintiffs' Emergency Motion addresses four adversary proceedings, but this case (19-cv-01014) is for the withdrawal of reference for Adversary Proceeding 18-1265-TBM. Plaintiffs' request is denied because (1) it is untimely – Plaintiffs waited until after they received an adverse ruling from the Bankruptcy Court; (2) the proceeding is already on appeal – Plaintiffs filed an appeal of the adverse ruling to the district court and fail to show how the reference may now be withdrawn; and (3) it fails to show good cause – here, the only basis asserted is the conclusory argument that Judge McNamara's adverse order somehow creates an "appearance of judicial bias," an argument which the Court's review shows is completely without merit. *See* 28 U.S.C. § 157(d) ("The district court may withdraw, in whole or in part, any case or proceeding referred under this section, … on timely motion of any party, for cause shown.").[1] It is therefore ORDERED

(1) That Plaintiffs' "Emergency Motion" (ECF No. 1) is DENIED;

(2) That the Clerk shall notify the Clerk of the Bankruptcy Court of this Order; and

(3) That the Clerk shall close this case.

DATED this 8th day of April, 2019.

BY THE COURT:

RAYMOND P. MOORE
United States District Judge

---

[1] Defendant Colorado Department of Revenue also raises other arguments to support the denial of Plaintiffs' Motion (Adv. Proc. 18-1265-TBM, ECF No. 31), which the Court need not consider in light of its ruling.